UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR118-013 |
| | ) | |
| PRESTON HOWARD | ) | |

**ORDER ON MOTION FOR LEAVE OF ABSENCE**

**Henry Nelson Crane, III** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

IT IS HEREBY ORDERED THAT **Henry Nelson Crane, III** be granted leave of absence for the following periods: **June 18, 2018 through June 25, 2018.**

This 17th day of May, 2018.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA