```
IN THE UNITED STATES DISTRICT COURT FOR THE
          SOUTHERN DISTRICT OF GEORGIA
                 AUGUSTA DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 118-013 |
| | * | |
| PRESTON Q. HOWARD | * | |

**O R D E R**

Before the Court is Defendant's motion to withdraw his guilty plea. (Doc. 33.) On March 26, 2018, Defendant Howard pleaded guilty to Counts One through Three of the Information. (Plea Agreement, Doc. 8; Information, Doc. 1.) The Court sentenced Defendant on July 24, 2018. (Minute Entry, Doc. 16; J., Doc. 17.) On March 7, 2019, the Court received Defendant's Notice of Appeal. (Notice of Appeal, Doc. 25.) On June 10, 2019, Defendant Howard filed the current motion asking the Court to allow him to withdraw his guilty plea and find him actually innocent. The Government opposes the motion arguing that Defendant's "pending appeal divests this Court of jurisdiction." (Resp. to Mot. to Withdraw, Doc. 36, at 1-2.)

Defendant's appeal remains pending, and the Court agrees with the Government. The Court lacks jurisdiction over this case without remand from the Eleventh Circuit. See United States v. Miller, 432 F. App'x 952, 954 (citing United States v. Pease, 331 F.3d 809, 816 (11th Cir. 2003)). The Eleventh Circuit has not

remanded this case. As such, the Court **DENIES** Defendant's motion to withdraw his guilty plea (Doc. 33). This case remains **CLOSED**.[1]

**ORDER ENTERED** at Augusta, Georgia, this 17th day of October, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Defendant also filed a motion to stay pending the outcome of his appeal. (Doc. 37.) Now that the motion to withdraw has been decided, nothing remains before the district court. Furthermore, the Court reiterates that it lacks jurisdiction over this case, and this case is closed. Accordingly, Defendant's motion to stay (Doc. 37) is **DENIED**.